**FILED**

JAN 1 0 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Name: Jose Tavera Ugarte

Prison Number: Reg. no. 18718-380

Address or Place of Confinement: Federal Correctional Institution, P.O. Box 800, Herlong, CA 96113

Note: If represented by an attorney, write attorney's name, address & telephone number

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

Jose Tavera Ugarte
Full Name (First, Middle, Last)

Petitioner,

vs.

Paul Thompson
Name of Warden
(or other authorized person having custody of petitioner)

Respondent.

CASE NO. 2:22-CV-0067-DB (HC)
(to be supplied by the Clerk of the United States District Court)

PETITION FOR
WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2241
BY A PERSON IN FEDERAL CUSTODY

---

PLEASE COMPLETE THE FOLLOWING (check the appropriate number):

This petition concerns:

1. _____ a conviction
2. _____ a sentence
3. _____ jail or prison conditions
4. _____ prison discipline
5. _____ a parole problem
6. __STV__ other: Time Credit

CAUTION: If you are attacking a federal conviction, sentence or judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

---

## PETITION

(1) Place of detention: FCI-Herlong, P.O. Box 800, Herlong, CA 96113

(2) Name and location of court which imposed sentence: Western District Texas, 501 W. 5th ST, Austin, TX 78701

(3) Offense(s) and indictment number(s) (if known) for the sentence imposed: 18 or 21 U.S.C 846, 841, Docket # A-13-CR-284 (2) SS

(4) The date the sentence was imposed and the terms of the sentence: 1-31-2014, 5 years Supervised Release

(5) What was your plea (check one):   Not guilty ( )   Guilty (✓)   Nolo contendere ( )

(6) Kind of trial (check one):   Jury ( )   Judge only ( )   N/A

(7) Did you appeal from the judgment of conviction or the imposition of sentence:   Yes ( )   No ( )

(8) If you did appeal, answer the following for *each* appeal:

FIRST APPEAL:
Name of court: _____
Grounds raised (list each):
   1) _____
   2) _____

Result/Date of result: _____

SECOND APPEAL:
Name of court: _____
Grounds raised (list each):
   1) _____
   2) _____

Result/Date of result: _____

## GROUNDS FOR THIS 28 U.S.C. § 2241 PETITION

(9) State *CONCISELY* every ground on which you claim that your sentence is being executed in an illegal manner. Summarize *briefly* the *facts* supporting each ground

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

→ GROUND ONE _Whether Time credit of 1 Month and 16 days Should be credited, Reinstated_

Supporting *FACTS* for *GROUND ONE* (tell your story *BRIEFLY* without citing cases or law).

CAUTION: You must state *facts, not conclusions*, in support of your grounds. A rule of thumb to follow is -- who did exactly what to violate your rights at what time or place.

_BOP on 12-21-21 GED status updated S/GTM without no cause (See attachment #3) in Violation of 5th Amendment Due Process wolff_

→ GROUND TWO _____

Supporting *FACTS* for *GROUND TWO* (tell your story *BRIEFLY* without citing cases or law).

## ADMINISTRATIVE APPEALS

(10) Have you presented the claims raised in Question #9 of this petition to prison officials in a prison administrations appeal?

Yes (✓)   No (✓)   If your answer is no, explain why not: _There is only 30 days Left on my Sentence, until 1-30-2022_

If your answer is yes, answer the following for *each* administrative appeal: _See attachment #3_
_Emergency BP-10_
FIRST ADMINISTRATIVE APPEAL        Level of appeal:_____
Grounds raised (list each):
  1) _N/A_
  2) _____
Result/Date of result:_____

SECOND ADMINISTRATIVE APPEAL   Level of appeal:_____
Grounds raised (list each):
  1) _N/A_
  2) _____
Result/Date of result_____

---

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY
Page 3 of 5

THIRD ADMINISTRATIVE APPEAL         Level of appeal:_____
Grounds raised (list each):
    1) _____ N/A _____
    2) _____
Result/Date of result:_____

FOURTH ADMINISTRATIVE APPEAL        Level of appeal:_____
Grounds raised (list each):
    1) _____ N/A _____
    2) _____
Result/Date of result:_____

(11) Is the grievance process completed?   Yes ( )   No (✗)

## PREVIOUS PETITIONS

(12) Have you filed previous petitions for habeas corpus under 28 U.S.C. § 2241 or 28 U.S.C. § 2255, or any other applications, petitions or motions with respect to the claims raised in Question #9 of this petition?

    Yes ( )   No (✗)

(13) If your answer to Question #12 was yes, give the following information for *each* previous petition:

FIRST PREVIOUS PETITION
Name of court:_____ N/A _____
Nature of proceeding:_____ N/A _____
Grounds raised (list each):
    1) _____ N/A _____
    2) _____ N/A _____
Result/Date of result:_____

SECOND PREVIOUS PETITION
Name of court:_____ N/A _____
Nature of proceeding:_____ N/A _____
Grounds raised (list each):
    1) _____ N/A _____
    2) _____ N/A _____
Result/Date of result:_____ N/A _____

(14) If the claims raised in Question #9 of this petition concern your conviction or sentence, explain why you are filing your petition pursuant to § 2241 instead of § 2255.
Because this is the only court that has jurisdiction on BOP incorrect addendum of sentence without no cause.

(15) Are you presently represented by counsel?

    Yes ( )        No (✓)

If so, provide your attorney's name, address, and telephone number:
N/A

(16) If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting forth the required information?

    Yes ( )        No (✓)

Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

*See Attachment #4 copy of BOP BP-199 waiting to be released.*

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

12-30-2021
(Date)

(Signature of Petitioner)

_____
(Signature of Attorney, if any)

Date: 12/30/2021
Time: 10:39:21 AM

Location: HER

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF PRISONS

### Request for Withdrawal of Inmate's Personal Funds

HER-S-D, 18718380 - TAVERA-UGARTE, JOSE

Encumbrance No.: **1129**

Please charge to my account the sum of **$5.00** and authorize the same to be paid to:

**Contact/FMIS Certification Address**
United States, Clerk Of
501 I Street, suite 4-200
SACRAMENTO
CA 95814
United States

☒ c/o Cashier

**FMIS Certification Address**
C/O Herlong FCI, Cashier
PO BOX 900
HERLONG
California 96113
United States

Purpose: **Books**
Check Memo: **filing fee for 2241**

_____
(Signature of Inmate)

18718380 - TAVERA-UGARTE, JOSE
_____
(Inmate Register No./Name)

_____
(Signature of Approving Official)

_____
(Signature of Deposit Fund Tech)

_____
(Payment #)

The inmate's personal account has been charged in the amount indicated above.

BP - 199.045 - Jan 2008

Attachment #3

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Emergency ISSUED
12-29-2021

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Cantu Jose T.    18968-380    Sierra-A    FCI-Herlong
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A - REASON FOR APPEAL  I am respectfully requesting 4 months, 16 days to be credited. I got here to this institution FCI-Herlong on April 22, 2021 and went to A&O on 7-15-2021. That was held on October 4, 2021 which showed my projected release date is October 30, 2022. Go to the Heron #1) on October 28, 2021. I expect to be here another 18 months #2) states that I was short to go home. I stated "YES" within 30 days. So I stated to Ms. PCP ... You are going here on the 16, 2022. Today I went to Sgt. Bay case manager Ms. Border Who confirmed to me that I  do see PC's Chicken March 16, 2022 and to the phone very Wednesday William Helper, case mgr. Garcia Thursday. That he does not know why Ms. Border attached (#2) is showing that my release date is October 30, 2022 when attached (#1) is showing that on 12-21-21 GED states that my projected review sheet ... attached #1) is showing under (current release date to community) ... attachment is on attached page 2.

DATE    SIGNATURE OF REQUESTER

Part B - RESPONSE

Case 2:22-cv-00067-DB  Document 1  Filed 01/10/22  Page 7 of 11

Continued from page one Emergency Regional Administrative Remedy Appeal. Issued 12-29-2021

That I have been in this Institution since 11-15-2019, This is wrong, I got to this Institution on 4-22-2021.

Second: I have never signed any waiver not wanting to attend GED classes at all, all this time I have been incarcerated I have been attending GED classes when ever placed to attend.

Third: I was not given any notice of Change of projected Release date.

Fourth: My original Release date is 1-30-2022 and the Administrative process cannot be completed in BOP, because there is only around 1 Month left until 1-30-2022.

I am respectfully requesting to be credited 4 Months, 16 days, back to my original date of 1-30-2022... There is no other way to Remedy this issue at all.

Executed on
under 28 U.S.C. § 1746    Jose Tavera Ugarte

2-2

*ATTACHMENT #1*



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: TAVERA-UGARTE, JOSE YUVIEL  18718-380

SEQUENCE: 01842726
Team Date: 10-07-2021

| | |  | |
|---|---|---|---|
| Facility: | HER  HERLONG FCI | Proj. Rel. Date: | 01-30-2022 |
| Name: | TAVERA-UGARTE, JOSE YUVIEL | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 18718-380 | DNA Status: | EDN07803 / 02-20-2014 |
| Age: | 35 | | |
| Date of Birth: | 10-20-1985 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| ICE | THE PENDENCY OF ONGOING REMOVAL PROCEEDINGS A# PENDING |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HER | A&OCT-SD | A&O COMPLETED SIERRA D | 07-15-2021 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HER | ESL HAS | ENGLISH PROFICIENT | 02-18-2020 |
| HER | GED UNSAT | GED PROGRESS UNSATISFACTORY | 11-15-2019 |
| HER | GED XN | EXEMPT GED NON-PROMOTABLE | 02-15-2020 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| PHX | W | GED SPANISH 9AM RESTO | 06-26-2019 | 11-15-2019 |
| PHX | W | GED SPANISH 2PM RESTO | 08-06-2018 | 08-31-2018 |
| EDN | W | ESL II PM MON-THUR 1215-3:15PM | 04-15-2016 | 04-18-2016 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 09-05-2018 |
| CARE1-MH | CARE1-MENTAL HEALTH | 05-02-2018 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T PEND | COVID-19 TEST-PENDING RESULTS | 09-23-2021 |
| PAPER | LEGACY PAPER MEDICAL RECORD | 06-26-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-06-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-06-2017 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 05-23-2018 |
| ED WAIT RC | DRUG EDUCATION WAIT-RQ COMOFF | 03-10-2020 |
| ED WAIT RS | DRUG EDUCATION WAIT-RQ SPANISH | 06-26-2018 |

### FRP Payment Plan

Most Recent Payment Plan

| | | | |
|---|---|---|---|
| FRP Assignment: | COMPLT  FINANC RESP-COMPLETED | | Start: 03-10-2020 |
| Inmate Decision: | AGREED  $25.00 | Frequency: | QUARTERLY |
| Payments past 6 months: | $0.00 | Obligation Balance: | $0.00 |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **



**Individualized Needs Plan - Program Review   (Inmate Copy)**   SEQUENCE: 01842726
Dept. of Justice / Federal Bureau of Prisons           Team Date: 10-07-2021
Plan is for inmate: TAVERA-UGARTE, JOSE YUVIEL  18718-380

### FRP Deposits
Trust Fund Deposits - Past 6 months:  $1,154.90      Payments commensurate ?  N/A
New Payment Plan:  ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 07-22-2021 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 09-15-2021 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 05-30-2021 |
| N-COGNTV N | NEED - COGNITIONS NO | 05-30-2021 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC Y | NEED - EDUCATION YES | 05-30-2021 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 05-30-2021 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 09-15-2021 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 05-30-2021 |
| N-MEDICL N | NEED - MEDICAL NO | 05-30-2021 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 05-30-2021 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 05-30-2021 |
| N-TRAUMA N | NEED - TRAUMA NO | 05-30-2021 |
| N-WORK Y | NEED - WORK YES | 05-30-2021 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 07-22-2021 |

### Progress since last review
Inmate TAVERA-UGARTE has not completed any recommended courses since last review, and is not presently enrolled in any. Inmate TAVERA-UGARTE is presently unemployed and has maintained clear conduct for 3 years. Inmate TAVERA-UGARTE has completed his financial obligations.

### Next Program Review Goals
Enroll in the FCI Second Half of Life course by next review. Enroll in a GED course by next review.

### Long Term Goals
Obtain your GED by 01/2022.

### RRC/HC Placement
No.
Criminal alien releasing to custody of ICE.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

### Comments
Treaty Transfer: Eligible and not interested.
Inmate TAVERA-UGARTE was individually assessed for extended RRC placement using the 2nd Chance Act criteria, he is not appropriate for placement, due to pending deportation. Inmate TAVERA-UGARTE was individually assessed for direct home detention and found not appropriate at this time, due to security and custody concerns.

```
                        SENTENCE MONITORING
                         COMPUTATION DATA
                         AS OF 12-29-2021

REGNO..: 18718-380 NAME: TAVERA-UGARTE, JOSE YUVIEL

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-21-2021 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 10-23-2015 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-31-2014
TOTAL TERM IN EFFECT............:    118 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      9 YEARS     10 MONTHS
EARLIEST DATE OF OFFENSE........: 05-17-2013

JAIL CREDIT.....................:     FROM DATE     THRU DATE
                                      05-15-2013    01-30-2014

TOTAL PRIOR CREDIT TIME.........: 261
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 363
TOTAL GCT EARNED................: 286
STATUTORY RELEASE DATE PROJECTED: 03-16-2022
ELDERLY OFFENDER TWO THIRDS DATE: 12-04-2019
EXPIRATION FULL TERM DATE.......: 03-14-2023
TIME SERVED.....................:      8 YEARS      7 MONTHS     15 DAYS
PERCENTAGE OF FULL TERM SERVED..:   87.7
PERCENT OF STATUTORY TERM SERVED:   97.6

PROJECTED SATISFACTION DATE.....: 03-16-2022
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 10-22-15 DGA ORD REDUCING TIE FROM 135M TO 118M.J/PJG.
                12-19-16 DGCT J/TMS. 4-2-18 DGCTX3& FFT J/SMK.
                11-18-19 GED UPDATE J/SMK. 3-16-20 GED UPDATE J/SMK.
                12-21-21 GED STATUS UPDATED J/GTM
```