1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE TAVERA-UGARTE,                       No.  2:22-cv-0067 DB P

12                   Petitioner,

13         v.                                   ORDER AND FINDINGS AND
                                                RECOMMENDATIONS
14   PAUL THOMPSON,

15                   Respondent.

16

17         Petitioner, a formal federal prisoner proceeding pro se, has filed an application for a writ

18   of habeas corpus pursuant to 28 U.S.C. § 2241.  By order dated May 19, 2022, petitioner was

19   ordered to file an affidavit in support of his request to proceed in forma pauperis or pay the filing

20   fee within thirty days.  (ECF No. 4.)  Petitioner was advised that failure to comply with the

21   court's order would result in a recommendation that this action be dismissed.  Those thirty days

22   have passed, and petitioner has not submitted an affidavit, paid the filing fee, requested additional

23   time to do so, updated his address, or otherwise responded to the court's order.  The court notes

24   that petitioner appears to have been released[1] from custody.  While petitioner has not updated his

25   address as required by Local Rule 183(b), service on petitioner at his address of record is fully

26   _____

27   [1] The Federal Bureau of Prisons inmate locator website found at: https://www.bop.gov/inmateloc/
     indicates that petitioner has been released from custody.  This court may take judicial notice of
     such information.  See Louis v. McCormick & Schmick Restaurant Corp., 460 F. Supp. 2d 1153,
28   1155 fn.4 (C.D. Cal. 2006) (court may take judicial notice of state agency records).

                                            1

1   effective pursuant to Local Rule 182(f).  Accordingly, the undersigned will recommend that this

2   action be dismissed for failure to comply with court orders and failure to prosecute.  See Local

3   Rule 110; Fed. R. Civ. P. 41(b).

4        For the reasons set forth above, the Clerk of the Court is ORDERED to randomly assign

5   this action to a District Judge.

6        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

7        These findings and recommendations are submitted to the United States District Judge

8   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

9   after being served with these findings and recommendations, petitioner may file written

10  objections with the court and serve a copy on all parties.  Such a document should be captioned

11  "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that

12  failure to file objections within the specified time may waive the right to appeal the District

13  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

14  Dated:  August 1, 2022

16

17  DEBORAH BARNES
    UNITED STATES MAGISTRATE JUDGE

DB:12
24  DB/DB Prisoner Inbox/Habeas/R/tave0067.fr dism

2